

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00563-CV

Miriam **LEDEZMA**,
Appellant

v.

**LAREDO HOUSING AUTHORITY**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2018CVD000029L1
Honorable Hugo D. Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for proper disposition in accordance with this opinion. Costs of appeal are taxed against Appellee Laredo Housing Authority.

SIGNED March 31, 2021.

Liza A. Rodriguez, Justice